UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

SAMANTHA BACON, *et al.*,   )
          Plaintiffs,   )
v.   )   No. 3:14-CV-192-PLR-HBG
SUBWAY SANDWICHES & SALADS, LLC, *et al.*,   )
          Defendants.   )

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court are two motions to strike: a Motion to Strike [Doc. 29], filed by the Defendant, and a Motion to Strike [Doc. 34], filed by Plaintiffs. Each party argues that the other party placed materials before the Court improperly.

Requests to strike are generally disfavored. See Berry v. Frank's Auto Body Carstar, Inc., 2011 WL 4360075, at *2 (S.D. Ohio 2011) (noting that such motions are disfavored and suggesting that a "[c]ourt should ignore inadmissible evidence instead of striking it from the record.").

In this case, the Court finds that any prejudice to either side relating to the late filing of certain documents or the addition of testimony through reply briefs has been cured. The Court has permitted the parties to each file any supplemental materials that they desired to file, and the Court will afford appropriate weight to the filings and testimony in the record.

Accordingly, the Motion to Strike **[Doc. 29]**, filed by the Defendant, and Motion to Strike **[Doc. 34]**, filed by Plaintiffs, are **DENIED**.

**IT IS SO ORDERED**.

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge